United States District Court
Southern District of Texas

**ENTERED**

August 30, 2024

Nathan Ochsner, Clerk

**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| (5) JAVIER BENITEZ-SALAZAR | § | C - 2 4 - 3 9 3 |
| AKA PAKITAS | | |

### ORDER FOR ISSUANCE OF ARREST WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that a Superseding Indictment has been filed against the defendant

listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

| Defendant | Amount of Bail |
|---|---|
| JAVIER BENITEZ-SALAZAR | No Bond |
| AKA PAKITAS | |

SIGNED this _____29th_____ day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE
Julie K. Hampton