AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

United States Courts Southern
District of Texas
FILED

United States of America

V.

Sylvia Paredes

DEC 0 5 2024

Nathan Ochsner, Clerk of Court

## GOVERNMENT'S EXHIBIT LIST

Case Number:   2:24-cr-00393-4

| PRESIDING JUDGE | AUSA | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mitchel Neurock | Zachary Bird | Eugene Tausk |

| HEARING DATE (S) | ERO | CASE MANAGER |
|---|---|---|
| 12/5/2024 | Sarah Martin | Annette Martinez |

| NO. | | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Admission Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages