SOUTHERN DISTRICT OF TEXAS
ADMISSION/DENIAL REPORT
POSITIVE URINALYSIS

NAME: Sylvia Paredes

DATE SAMPLE TAKEN: 11/12/24                    PACTS #: 1757092

RESULTS OF URINALYSIS - POSITIVE FOR: Admitted using-.

Alcohol

United States Courts
Southern District of Texas
FILED

DEC 05 2024

Nathan Ochsner, Clerk of Court

You are provided with written notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the Court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel and an attorney will be appointed for you if you cannot afford one.

### I HAVE READ AND UNDERSTAND THIS NOTICE

Initial One:

_____ I admit use of a controlled substance as indicated by the above-reported urine test result.

_____ I deny use of a controlled substance as indicated by the above-reported urine test result.

Initial One:

_____ I understand that if I admit use of a controlled substance, the urine specimen that I have provided will not be retested.

_____ I understand that if I deny use of a controlled substance, the urine specimen that I have submitted will be sent to the laboratory for additional testing.

_____
Signature of Supervisee

11/12/2024
_____
Date

_____
Witnessed By

Sr. USPO
_____
Title

Comments: Today on saturday Nov.9, 2024 I drank alcohol.