UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | CRIMINAL NO.: 2:24-CR-00393-S-3 |
| OFELIA REYES | | |

## STIPULATION OF FACT

The defendant, OFELIA REYES, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the undersigned Assistant United States Attorney, to the following facts. The parties agree that these facts are sufficient to establish a factual basis for the defendant's plea pursuant to Fed. R. Crim. P.11(b)(3).

## I.      Elements

The defendant confesses that within the Southern District of Texas on or about January 1, 2019, through June 1, 2024.

1) That two or more persons, directly or indirectly, reached an agreement to knowingly and intentionally possess a controlled substance with the intent to distribute;
2) That the defendant, Ofelia Reyes, knew the unlawful purpose of the agreement;
3) That the defendant joined in the agreement willfully, that is with the intent to further its unlawful purpose;
4) That the amount of cocaine involved in the conspiracy was more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine; and
5) That the defendant knew or reasonably should have known the amount of cocaine involved in the conspiracy was more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine.

1

## II.   Stipulated Facts

If this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others would be offered to establish Defendant's guilt:

On May 2, 2023, Live Oak County Sheriff's deputies encountered Ofelia REYES ("REYES") traveling north on US Highway 281, in a white Toyota Highlander registered to REYES. Deputies initiated a traffic stop for an inoperable third break light and window restriction violations. When asked for her license, REYES told officers she did not have a driver's license. She also told the officer the vehicle belonged to her, and no one else had been in possession of the vehicle. She said she was going to San Antonio to visit her cousin that just had a baby. Later in the conversation she told the officer her cousin had a baby boy, which conflicted with her earlier statement that she had a girl. She was traveling by herself and gave consent for the officer to search her car. The Officer applied pressure to the padding on the driver's side and noted the cushion for the seat was almost nonexistent. The officer noticed other indications that the vehicle contained a fabricated compartment such as carpet, spray glue, and new screws. He deployed his certified canine partner Renzo for further investigation. The canine alerted to the vehicle and REYES told the officer she had gone to Mexico. Other officers responded to the scene and took the vehicle to the Live Oak County Shop where they located three non-factory compartment built under the front seats and rear middle seat. In the compartments, agents found approximately 8.33 kilograms of a substance that field tested positive for cocaine. The suspected cocaine and phone were turned over to Homeland Security Investigations.

A chemical analysis at DEA laboratory showed the substance tested positive for cocaine and net weight of the substance was 7,020 grams.

On May 31, 2023, HSI agents obtained a search warrant for REYES's phone. DEA Special Agent Setareh Foreman, who speaks English and Spanish fluently, provided translations from Spanish to English of some conversations on REYES's phone. Agents noted these conversations discuss her "handler" and notified individuals when she crossed the checkpoint.

On May 2, 2023, there is a conversation, in part, as translated, where she says:

REYES (10:14:15)- They just told me that I will not be leaving at 10:30. Instead I will leave at 1:30.

REYES (2:28:17)- I just crossed.

In another conversation on May 2, 2023, she also tells a different person:

REYES (2:28:42)- I just crossed.

Agents reviewed records and noted she crossed the Falfurrias Border Patrol Checkpoint on May 2, 2023 at 2:19:45 PM (UTC-5).

Prior to REYES's traffic stop, agents and officers had encountered two other vehicles associated to REYES with suspected non-factory compartments. One of the vehicles was the same make and model as the one REYES was driving May 2, 2023. The vehicle was also registered to REYES.

Although Reyes initially denied knowledge of the cocaine, she is now judicially confessing to knowingly, willfully, and intentionally reaching an agreement to distribute over five kilograms of a substance containing cocaine, knowing the unlawful purpose, and that the conspiracy included a substance containing cocaine and the amount was over five kilograms.

### III.   Agreement by the Parties

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.

The undersigned have thoroughly reviewed, understand, and agree that the information

contained in this Stipulation of Fact are true and correct, subject to the penalties of perjury.

_Ofelia Reyes (with permission by DRG)_      02/25/2025
OFELIA REYES                 Date
Defendant

_Deborah R. Garcia_           02/25/2025
                           Date

Attorney for Defendant

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____     2/19/25
     LIESEL L. ROSCHER           Date
     Assistant United States Attorney

4