United States Courts
Southern District of Texas
FILED

**JUN 1 0 2025**

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: 2:24-CR-00393-S-4 |
| | § | |
| SYLVIA PAREDES | § | |

## STIPULATION OF FACT

The defendant, SYLVIA PAREDES, has agreed to stipulate with the United States

Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the undersigned Assistant

United States Attorney, to the following facts. The parties agree that these facts are sufficient to

establish a factual basis for the defendant's plea pursuant to Fed. R. Crim. P.

11(b)(3).

### I.    Elements

The defendant confesses that within the Southern District of Texas on or about

November 1, 2022, through June 1, 2024.

1)    That two or more persons, directly or indirectly, reached an agreement to knowingly and intentionally possess a controlled substance with the intent to distribute;
2)    That the defendant, Sylvia Paredes, knew the unlawful purpose of the agreement;
3)    That the defendant joined in the agreement willfully, that is with the intent to further its unlawful purpose;
4)    That the amount of methamphetamine involved in the conspiracy was more than 50 grams; and
5)    That the defendant knew or reasonably should have known the amount of methamphetamine involved in the conspiracy was more than 50 grams.

1

## II.     Stipulated Facts

If this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others would be offered to establish Defendant's guilt:

On April 11, 2024, Austin based special agents and officers initiated surveillance on Baldemar Navarro-Jaimes ("NAVARRO-JAIMES") at a shopping center. They saw a white Audi immediately next to a grey Dodge Charger. The Charger left and came back. They saw a male, later identified as NAVARRO-JAIMES, exit the rear passenger seat of the charger and get in the driver's seat of the Audi. DPS conducted a stop on the Audi and deployed a canine that alerted to the vehicle. Agents located three empty aftermarket compartments. NAVARRO-JAIMES was subsequently released after agents seized his phone.

Agents continued surveillance on the Charger. Eventually it arrived at an HEB and Sylvia Paredes ("PAREDES") and E.L.L. got out of the vehicle. Agents observed a van, later identified as ELL an UBER vehicle, pick up E.L.L. and PAREDES. PAREDES got into the van and ~~NAVARRO-JAIMES~~ went to the Charger. PAREDES got out of the van and assisted E.L.L. load two suitcases into the van. Agents saw the van arrive at a hotel where they observed PAREDES and E.L.L. unload the suitcases. Agents approached the suspects. A canine arrived and the canine alerted to both suitcases. Inside one of the suitcases, agents located bags of crystal substance. One measured about 12,885 grams and field tested positive for methamphetamine.

PAREDES agreed to speak with agents. She said an individual asked her to pick up drugs in Shepherd, Texas, and transport the drugs to Austin, Texas. She said on April 10, 2024, she drove to a gas station in Shepherd, Texas, to meet a truck. The driver of the truck placed two trash bags of methamphetamine in PAREDES's vehicle. PAREDES took the methamphetamine to a hotel in Houston, Texas. The next day she drove the drugs to Austin, Texas. A male drove up in a white

Audi and instructed PAREDES to drive to a specific location. She said the man attempted to take possession of the methamphetamine as the purchaser was not responding; however, PAREDES denied the request. She saw DPS following her, so she went into HEB and took an Uber to her hotel.

PAREDES provided consent for her cellular phone and DEA SA Setareh Foreman provided translations of conversation on her phone. The phone download revealed a WhatsApp conversation between NAVARRO-JAIMES and PAREDES on April 11, 2024, wherein NAVARRO-JAIMES sent PAREDES an address.

PAREDES's phone also has conversations with another unidentified male ("UM") on April 11, 2024. The conversations, translated by agents say, in part:

UM - you tell them that there are 23 and to weigh them then
later come to an agreement with their people (agents believe the
context in this message is that 23 is referring to a quantity of
drugs that needed to be weighed and negotiated)
UM- and in a little bit, I will tell you how much they are
going to give you
PAREDES - but it's 20 bags (agents believe the context in this
message is referring to the quantity of drugs. And based on a video
taken by PAREDES, PAREDES appears to count 20 clear bags containing
methamphetamine in black suitcase).
UM - that's because 3 bags have 2 bags in one
UM - they will be there to pick you up in 5 minutes at the
address I sent you
UM - (voice message) they will be there shortly in a white
Audi (4/11/2024 9:42:02 AM(UTC-5)
UM - (voice message) I forgot to tell you, grab a small handful
for yourself to make some money on the side (agents believe the
context in this message is for PAREDES to take a handful of the
methamphetamine to sell for herself.) (4/11/2024 9:45:49 AM(UTC-5)
UM - (voice message) let me know if you have been in contact
with the person. Did you stop at the address I gave you because they
don't see you. Or send me your location so I can send it to them.
PAREDES - (sent pin drop of map on W Anderson Lane)

At the time of the arrest, NAVARRO-JAIMES was driving the same white Audi co-defendant Esteban Ortega was driving in a different drug seizure. Agents obtained NAVARRO-

JAIMES's phone and mailed it to Corpus Christi where agents submitted a search warrant on about April 18, 2024.

PAREDES was driving a gray Dodge Charger when arrested on April 11, 2024. Agents reviewed geolocations from phones and retrieved license plate records that corroborated PAREDES's story.

Agents submitted both exhibits seized from PAREDES to the DEA laboratory. Exhibit 1 tested positive for methamphetamine with 11,797 grams of pure substance. Exhibit 2 tested positive for methamphetamine with 9,329.9 grams of pure substance.

### III.   Agreement by the Parties

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct, subject to the penalties of perjury.

_____         6/10/2025
SYLVIA PAREDES                          Date
Defendant

_____         6/10/2025
                                        Date

Attorney for Defendant

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____         2/18/25
    LIESEL L. ROSCHER                   Date
    Assistant United States Attorney

4