UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: 2:24-CR-00393-S-1 |
| | § | |
| BALDEMAR NAVARRO-JAIMES | § | |

## STIPULATION OF FACT

The defendant, BALDEMAR NAVARRO-JAIMES, has agreed to stipulate with the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, through the undersigned Assistant United States Attorney, to the following facts.  The parties agree that these facts are sufficient to establish a factual basis for the defendant's plea pursuant to Fed. R. Crim. P.11(b)(3).

### I.     Elements

The defendant confesses that within the Southern District of Texas on or about January 1, 2019, through June 1, 2024:

1) That two or more persons, directly or indirectly, reached an agreement to knowingly and intentionally possess a controlled substance with the intent to distribute;
2) That the defendant, BALDEMAR NAVARRO-JAIMES, knew the unlawful purpose of the agreement;
3) That the defendant joined in the agreement willfully, that is with the intent to further its unlawful purpose;
4) That the amount of cocaine involved in the conspiracy was more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine; and
5) That the defendant knew or reasonably should have known the amount of cocaine involved in the conspiracy was more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine.

### II.     Stipulated Facts

If this case were to proceed to trial, the United States could prove each element of the offense beyond a reasonable doubt. The following facts, among others would be offered to establish Defendant's guilt:

1

On May 20, 2023, investigators identified a suspected stash house in Dallas, Texas, operated and lived in by Baldemar NAVARRO-JAIMEZ.   On July 12, 2023, an HSI electronic surveillance camera was installed to allow for investigators to observe, intercept and memorialize any illicit activities taking place at the house, and to identify co-conspirators.

On July 30, 2023, at approximately 12:32 a.m., HSI electronic surveillance camera captured a white 2013 Volkswagen Jetta pull up to the house.   NAVARRO-JAIMEZ and the vehicle driver begin to focus under the two front seats for approximately ten minutes before departing together in a white 2016 Honda Civic.   Law enforcement databases revealed both the Volkswagen Jetta and Honda Civic registered to the same person.   At approximately 5:45 a.m., NAVARRO-JAIMEZ departed the house in the Volkswagen Jetta and traveled to the residence of T.S. in Memphis, Tennessee.   NAVARRO-JAIMEZ returned to the residence in the Volkswagen Jetta approximately eighteen hours later.

HSI Corpus Christi submitted a request for investigative and operational support to Memphis, Tennessee, regarding the suspected drug activities of T.S. and his association to Baldemar NAVARRO-JAIMEZ.   On April 2, 2024, T.S. was encountered during a traffic stop initiated by the Shelby County Sheriff's Office where deputies discovered approximately 2.1 kilograms of cocaine in the front seat.

On August 4, 2023, at approximately 5:02 a.m., HSI electronic surveillance camera captured a white 2018 Audi Q3 pull up to the house. The Audi Q3 remained at the house for approximately twenty minutes before departing.   HSI requested a vehicle stop be performed on the Audi Q3. At approximately 3:28 p.m., the Audi Q3 was encountered by Arkansas State Police traveling east along Interstate 30 in Clark County, Arkansas.   Deputies initiated a traffic stop for continually traveling in the left lane without passing.   A search of the vehicle resulted in the seizure of 14 kilograms of

cocaine concealed withing a non-factory compartment constructed under the seats.  The cocaine was sent to DEA laboratory and revealed approximately 8,996 grams of a substance containing cocaine.

On October 18, 2023, Baldemar NAVARRO-JAIMEZ was arrested by Texas Department of Public Safety in Houston, Texas. NAVARRO-JAIMEZ attempted to sell an undercover special agent 2.3 kilograms of methamphetamine.  The methamphetamine was sent to the DEA laboratory and revealed approximately 980.5 grams of methamphetamine.

On November 2, 2023, a search warrant was issued in Harris County, Texas, for the cellular device seized from NAVARRO-JAIMEZ.  The cellular device was turned over to HSI Corpus Christi for evidence and forensic extraction.

On April 11, 2024, Baldemar NAVARRO-JAIMEZ and Sylvia PAREDES were arrested in Austin, Texas. Agents seized NAVARRO-JAIMEZ's phone.  PAREDES was found in possession of 23.8 kilograms of methamphetamine.  NAVARRO-JAIMEZ was encountered driving a white 2018 Audi Q3 and meeting with PAREDES.   That Audi Q3 was the same Audi Q3 encountered by Arkansas State Police from which 14 kilograms of cocaine was seized.

On April 18, 2024, a search warrant was issued by the United States District Court for the Southern District of Texas, Corpus Christi Division for the cellular device seized from NAVARRO-JAIMEZ. NAVARRO-JAIMEZ's phones revealed communications with numbers identified as belonging to Javier BENITEZ. These communications involved conversations that agents identified as consistent with drug distribution and included photos of white powdery substance, bricks of suspected narcotics, guns, and a substance on scales. The photos geotagged locations associated with Javier BENITEZ. For example, one image included a substance wrapped in aluminum foil and placed on a digital scale indicating 1,005 grams. Agents identified this photo as consistent with a kilogram brick of cocaine.

The forensic extraction of the cellular device seized from NAVARRO-JAIMEZ also revealed a set of WhatsApp messages on March 8, 2024, between NAVARRO-JAIMEZ and Elmer VARGAS-SERRATO. The messages instructed NAVARRO-JAIMEZ to meet with an unidentified male driving a red Mazda CX-5 and to deliver it to a storage unit. NAVARRO-JAIMEZ confirmed the interaction and informed VARGAS-SERRATO that he received "seven" and paid the driver $2,400 dollars in cash. On March 28, 2024, CBP at the Progreso International Bridge encountered the same red 2016 Mazda CX-5. During the inspection, CBP officers seized 6.1 kilograms of cocaine concealed in a non-factory compartment constructed under the rear passenger seat. The forensic extraction revealed interactions with that same Mazda CX-5 dating back to December 2022.

On July 26, 2023, DEA in Raleigh, North Carolina observed J.S.P. driving a black 2014 RAM 1500 registered to Elmer VARGAS- SERRATO's wife. J.S.P. was observed delivering a grocery bag containing 2 kilograms of cocaine to individuals occupying a green Ford Ranger. The forensic extraction of the cellular device seized from NAVARRO-JAIMEZ revealed communications with J.S.P. from March 2023 to July 2023.

On August 28, 2024, Houston Police Department, DEA and HSI executed a residential search warrant on Baldemar NAVARRO-JAIMEZ. The search resulted in the seizure of two semi-automatic rifles, two loaded pistols, assorted ammunition, and cellular devices. NAVARRO-JAIMEZ was taken into custody on a federal arrest warrant issued by the United States District Court for the Southern District of Texas, Corpus Christi Division.

### III.    Agreement by the Parties

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.

The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct, subject to the penalties of perjury.

BALDEMAR NAVARRO-JAIMES W/P BY SBP     06/30/25
Baldemar Navarro-Jaimes                             Date
Defendant

_____            06/30/25
                                                             Date
Attorney for Defendant

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: _____            6/24/25
     LIESEL L. ROSCHER                         Date
     Assistant United States Attorney

5